UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| MICHAEL STOLLINGS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| OFFICER F. CURRENT, OFFICER _____ ) | |
| KINGERY, OFFICER M. CRAIG, and ) | |
| THE CITY OF EVANSVILLE, ) | |
| ) | |
| Defendants. ) | |
| _____) | 3:05-cv-109-WGH-RLY |
| ) | |
| OFFICER FRANK CURRENT, ) | |
| ) | |
| Counterclaimant, ) | |
| ) | |
| v. ) | |
| ) | |
| MICHAEL STOLLINGS, ) | |
| ) | |
| Counter-Defendant. ) | |

**ORDER DENYING DEFENDANTS'
MOTION TO RECONSIDER**

This matter is before the Honorable William G. Hussmann, Jr., United States Magistrate Judge, on the defendants' Motion to Reconsider filed February 26, 2007. (Docket No. 102).

Plaintiff brought this cause of action alleging that he had been subjected to excessive force during an arrest. One of the defendants, Officer Frank Current, filed a counterclaim against the plaintiff alleging that he had been battered by the plaintiff. On December 14, 2006, a jury found in favor of the

defendants and against the plaintiff on plaintiff's excessive force claim and found in favor of counterclaimant Frank Current and against the plaintiff on Officer Current's claim of battery. They assessed compensatory and punitive damages totaling $4,000 against the plaintiff and in favor of Officer Current.

The defendants filed a Motion for Attorneys' Fees as well as a Bill of Costs. (Docket Nos. 86-90). On January 29, 2007, the Magistrate Judge entered an order denying the defendants' Motion for Attorneys' Fees, denying the plaintiff's Motion for Reasonable Fees and Costs, and taxing costs against the plaintiff in the amount of $4,762.98. (Docket No. 99). The plaintiff then filed a Motion to Reconsider Order on Defendants' Petition for Costs on January 30, 2007, along with an Affidavit establishing the plaintiff's financial condition. (Docket No. 100). When no response to the plaintiff's Motion to Reconsider was filed within 15 days, the Magistrate Judge granted the plaintiff's Motion to Reconsider as to the payment of the court costs.

Defendants have now filed their Motion to Reconsider the order relieving the plaintiff of paying the defendants' costs.

The Magistrate Judge declines to reconsider its prior order relieving the plaintiff from paying the costs for the following reasons.

1. The evidence introduced by the defendants in this case shows that the plaintiff has been incarcerated in several jails and has spent the better part of his time incarcerated over the last several years. He is currently incarcerated at the Branchville Correctional Facility and will not be released until June 5, 2007.

2. Although on a previous occasion he made $12.00 per hour, the plaintiff has absolutely no financial assets at this time, and the Magistrate Judge believes that it is unlikely that the plaintiff will be able to easily obtain employment upon his release given his prior criminal record.

3. The Magistrate Judge believes that it is most important that the plaintiff make his payment of $4,000.00 to Officer Current, individually, as a first priority should he obtain funds. Prohibiting the plaintiff's debt load from becoming excessive will encourage him to make some efforts to pay the judgment amount to Officer Current.

4. In addition to the debt owed Officer Current, the plaintiff's Affidavit establishes that he owes $6,000.00 for student loans (which are not likely dischargeable in any type of bankruptcy proceeding) and about $4,000.00 which is owed to collection agencies for hospital bills. It is important that the debts be paid for his student loans and to the extent that he owes money to hospitals.

5. As described in the Magistrate Judge's order denying attorneys' fees at Docket No. 99, the plaintiff was arrested on the night in question not for some other criminal act previously performed, but because he exercised extraordinarily poor judgment in his response to police inquiries on that night. While there are two widely differing versions of the events of that evening, it is clear that the plaintiff received at least some stitches and it was necessary to take him to a hospital for some treatment as a result of his arrest. His claim that excessive force was used upon him that night was not frivolous. The costs

of this lawsuit, which are borne by the City of Evansville in this case, are the kind of costs that can be reasonably expected to be incurred when allegations of excessive force arise.

Therefore, as the record currently stands, the Magistrate Judge believes that reducing the debt load of the plaintiff will make it more likely that he pays Officer Current in this case. For that reason, the Magistrate Judge declines to reconsider his prior order excusing the plaintiff from the payment of costs.

**SO ORDERED.**

**Entered:** March 23, 2007

_____
WILLIAM G. HUSSMANN, JR.
Magistrate Judge

**Electronic copies to:**

Christopher Carson Myers
CHRISTOPHER C. MYERS & ASSOCIATES
cmyers@myers-law.com

David L. Jones
BOWERS HARRISON LLP
dlj@bowersharrison.com

Ilene M. Smith
CHRISTOPHER MYERS & ASSOCIATES
ismith@myers-law.com

Robert W. Rock
BOWERS HARRISON LLP
rwr@bowersharrison.com